IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: |
| JONATHAN BEAULIEU | : | VIOLATION: 49 U.S.C. § 46314(a), (b)(1) (evading airport security – 1 count) |
| | : | |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 26, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JONATHAN BEAULIEU**

knowingly and willfully entered, in violation of security requirements prescribed under Title 49, United States Code, Sections 44901, 44903(b) & (c), and 44906, an aircraft and airport area that serves an air carrier, that is, the sterile area of the Philadelphia International Airport, with intent to evade security procedures and restrictions, that is, (1) the requirement that all individuals who enter a secured or sterile area or board an aircraft must submit their person and accessible property to inspection and screening; (2) the requirement that all individuals who enter a secured or sterile area or board an aircraft must comply with the systems, measures, or procedures being applied to control access to, or presence of movement in, such areas; and (3) the prohibition that no person may tamper or interfere with, compromise, modify, attempt to circumvent, or cause a

2

person to tamper or interfere with, compromise, modify, or attempt to circumvent any security system, measure, or procedure.

In violation of Title 49, United States Code, Section 46314(a), (b)(1).

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JONATHAN BEAULIEU

INFORMATION

49 U.S.C. § 46314(a), (b)(1) (evading airport security – 1 count)

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____